UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **DESIREE GUERRA,** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | | Case No. 1:23-CV-01529-RP |
| § | | |
| **INDO CANADIAN CARRIERS and** § | | |
| **HARPRETT SINGH HANJHRA,** § | | |
| *Defendants* § | | |

# O R D E R

Defendants filed a notice of removal on December 15, 2023. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **March 11, 2024**.

**SIGNED** on February 26, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE